**DISMISS and Opinion Filed January 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-00468-CV**

**ADELPHI GROUP, LTD., Appellant**
**V.**
**DIVINE DINING, LLC D/B/A AS TACO CASA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16325**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Myers

We reinstate this appeal.

We abated this appeal on August 30, 2018 after appellee filed a suggestion of bankruptcy. Before the Court is appellant's motion to dismiss the appeal. Appellant explains in the motion that it recovered on its claim in the bankruptcy court and that the deadline to file claims or object to the bankruptcy trustee's final report has expired. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers//
LANA MYERS
JUSTICE

180468f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ADELPHI GROUP, LTD., Appellant

No. 05-18-00468-CV      V.

DIVINE DINING, LLC D/B/A
TACO CASA, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-16325.
Opinion delivered by Justice Myers.
Justices Molberg and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 20th day of January, 2022.